JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-00351-JLS-ADS                             Date: April 02, 2021
Title: LTC Now, LLC et al v. Relyfy Corp. et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|  Melissa Kunig  |      N/A      |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                             Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER RE: AUTOMATIC STAY IN LIGHT OF PLAINTIFF'S CHAPTER 7 BANKRUPTCY PETITION**

   The three named Defendants[1] in this action have each filed separate Notices of Bankruptcy invoking an automatic stay under 11 U.S.C. § 362(a). (Notices of Bankruptcy, Docs. 70, 71, 72.)  Under 11 U.S.C. § 362(a), the filing of a bankruptcy petition "operates as a stay," *inter alia*, of "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title[.]"  11 U.S.C. § 362(a)(1).

   Accordingly, this matter is STAYED in its entirety.  The parties shall file a joint status update within **ten (10) days** of the confirmation of any plan of reorganization or of any other event otherwise indicating that the Court need act in this matter.

                                                                              Initials of Deputy Clerk: mku

---

[1] Coherent Care, LLC, Relyfy Corp., and Anand Chaturvedi.